UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GWENDOLYN WILLIAMS, <br><br> Plaintiff, <br><br> v. <br><br> HAROLD'S CHICKEN SHACK, INC, <br><br> Defendant. | Case No. 1:23-cv-09249 <br><br> Hon. Judge Elaine E. Bucklo |

**DEFAULT JUDGMENT ORDER**

1. Judgment by default is entered in favor of Plaintiff Gwendolyn Williams and against Defendant Harold's Chicken Shack as follows:

| | |
|---|---|
| a. Lost Wages | $ 27,260.00 |
| b. Compound Interest | $1,942.50 |
| c. Emotional Distress Damages | $25,000.00 |
| d. Attorney fees | $ 1,423.50 |
| d. Costs | $ 80.00 |

2. Allowing judgement interest to be added per diem.

Dated: November 14, 2024

Entered:

*Elaine E Bucklo*
Hon. Elaine E. Bucklo
U.S. District Judge